ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
750 B Street, Suite 2510
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff and Counter-Defendant
e.Digital Corporation

JAMES C. YOON (Bar No. 177155)
jyoon@wsgr.com
RYAN R. SMITH (Bar No. 229323)
rsmith@wsgr.com
ROBERT R. CLEARY, JR. (Bar No. 282113)
rcleary@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: 650.493.9300
Fax: 650.565.5100

Attorneys for Defendant and Counterclaimant
Fusion-io, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Fusion-io, Inc.,<br><br>　　　　Defendant. | Case No. 3:13-cv-2901-H-BGS<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL OF ALL CLAIMS**<br><br>**Assigned to the Honorable Judge Marilyn L. Huff**<br><br>**Courtroom 15A (Annex)** |

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION TO DISMISS*　　　　　　　　　　-1-　　　　　　　　　　CASE NO. 3:13-CV-2901-H-BGS

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Plaintiff and Counter-Defendant e.Digital Corporation ("e.Digital" or "Plaintiff"); and Defendant and Counterclaimant Fusion-io, Inc. ("Fusion-io" or "Defendant") by their undersigned counsel, hereby present this joint stipulation and notice of dismissal.

Plaintiff and the Defendant are collectively referred to hereafter as "the Parties." The Parties stipulate and provide notice as follows:

Plaintiff and Defendant have reached an agreement on a settlement of all claims brought in this action. Defendant Fusion-io has asserted counterclaims against e.Digital Corporation in this matter.

On the basis of the settlement reached, the Parties hereby stipulate and agree as follows:

1) Plaintiff and Counter-Defendant e.Digital Corporation hereby voluntarily dismisses all claims brought in this matter against Defendant and Counterclaimant Fusion-io, Inc. WITH PREJUDICE;

2) Defendant and Counterclaimant Fusion-io, Inc. hereby voluntarily dismisses all of its counterclaims claims brought in this matter against Plaintiff and Counter-Defendant e.Digital Corporation WITH PREJUDICE; and,

3) Each party shall bear its own costs and attorneys' fees.

Thus, it is thereby respectfully requested, in accordance with Federal Rules of Civil procedure 41(a)(1)-(2), that the Court enter an order as follows:

1) Plaintiff and Counter-Defendant e.Digital Corporation's claims made in this matter against Fusion-io, Inc. are dismissed WITH PREJUDICE;

2) Defendant and Counterclaimant Fusion-io, Inc.'s counterclaims made against Plaintiff and Counterclaimant e.Digital Corporation are

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION TO DISMISS*   -2-   CASE NO. 3:13-CV-2901-H-BGS

1  dismissed WITH PREJUDICE; and,

2  3) Each party shall bear its own costs and attorneys' fees.

Pursuant to Local Civil Rule 7.2, the parties hereto will separately submit a Proposed Order granting the relief requested.

**HANDAL & ASSOCIATES**

Dated: July 7, 2014  By: /s/Pamela C. Chalk
       Anton N. Handal
       Pamela C. Chalk
       Gabriel G. Hedrick
       Attorneys for Plaintiff
       And Counter-Defendant
       e.Digital Corporation

**WILSON SONSINIGOODRICH& ROSATI**

Dated: July 7, 2014  By: /s/James C. Yoon
       James C. Yoon
       Ryan R. Smith
       Robert R. Cleary, Jr.
       Attorneys for Defendant
       And Counterclaimant
       Fusion-io, Inc.

### ATTESTATION OF E-FILED SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Pamela c. Chalk, attest that James C. Yoon, signatory, has read and approved the foregoing and consents to its filing in this action.

By /s/Pamela C. Chalk

Pamela C. Chalk

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION TO DISMISS*    -3-    CASE NO. 3:13-CV-2901-H-BGS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 7th day of July, 2014 at San Diego, California.

**HANDAL & ASSOCIATES**

Dated: July 7, 2014          By: /s/Pamela C. Chalk
                                 Anton N. Handal
                                 Pamela C. Chalk
                                 Gabriel G. Hedrick
                                 Attorneys for Plaintiff
                                 And Counter-Defendant
                                 e.Digital Corporation

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION TO DISMISS*   -4-   CASE NO. 3:13-CV-2901-H-BGS