# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>　　　　Plaintiff,<br>vs.<br><br>FUSION-IO, INC.,<br><br>　　　　Defendant. | CASE NO. 13-CV-2901-H (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 33] |

On May 8, 2014, Plaintiff e.Digital Corporation filed its First Amended Complaint ("FAC") against Defendant Fusion-IO, Inc. alleging one count of patent infringement. (Doc. No. 28.) On May 22, 2014, Defendant filed its answer and asserted three declaratory judgment counterclaims. (Doc. No. 29.) On July 7, 2014, the parties informed the Court that they reached a settlement and filed a joint motion to dismiss all asserted claims and counterclaims in the action with prejudice. (Doc. No. 33.)

The Court, for good cause shown, grants the parties' joint motion and dismisses the action with prejudice. Fed. R. Civ. P. 41(a)(2). The Court further orders:

///

///

///

1. The parties will bear their own costs, expenses, and attorneys' fees associated with the prosecution and defense of this action; and
2. The Court directs the clerk to close this case.

**IT IS SO ORDERED**

Dated: July 15, 2014

_____
Marilyn L. Huff, District Judge
UNITED STATES DISTRICT COURT